**COMMONWEALTH of Pennsylvania,** Respondent

v.

**Lamont G. HENDERSON, Petitioner**

**No. 110 EAL 2017**

Supreme Court of Pennsylvania.

July 25, 2017

## ORDER

PER CURIAM

**AND NOW**, this 25th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,** Respondent

v.

**Teron Dupree LEWIS, Petitioner**

**No. 114 MAL 2017**

Supreme Court of Pennsylvania.

July 26, 2017

## ORDER

PER CURIAM

**AND NOW**, this 26th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.